Rebecca C. Padilla, SBN: 248605
**POTTER, COHEN, SAMULON & PADILLA**
3852 E. Colorado Blvd.
Pasadena, CA 91107
Telephone: (626) 795-0681
Facsimile:  (626) 795-0725
E-mail: rpadilla@pottercohenlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RENE Z. MENDEZ,<br><br>    Plaintiff,<br>vs.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>    Defendant | Case No.: 2:20-cv-00694-AGR<br><br>**ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d)** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

**IT IS ORDERED** that the Commissioner shall pay the amount of $3,116.70 (Three Thousand One Hundred Sixteen Dollars and Seventy Cents) for fees, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Date: June 10, 2021

_____
ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE